**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YI-CHIEH CHENG, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

NEW VIDEO CHANNEL AMERICA, LLC d/b/a BBC AMERICA

Defendant.

Civil Action No. 1:24-cv-05819-AS

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Yoshitaka Ito in Support of New Video Channel America's ("BBC America") Motion to Dismiss, dated November 4, 2024, and all prior pleadings, papers, and proceedings in this matter, Defendant BBC America, by and through its undersigned counsel, moves this Court before the Honorable Arun Subramanian, United States District Judge, United States District Court, Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order Dismissing Plaintiff's First Amended Complaint pursuant to Rule 12(b)(1) or with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 4, 2024

Respectfully Submitted,

HOLLAND & KNIGHT LLP

By: */s/ Mark S. Melodia*

Mark S. Melodia
Stosh M. Silivos
787 Seventh Ave 31st Floor
New York, NY 10019
Email: mark.melodia@hklaw.com
Email: stosh.silivos@hklaw.com
Tel: (212) 513-3583
Fax: (212) 358-9010

*Counsel for Defendant*



#512262151_v1