**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YI-CHIEH CHENG, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW VIDEO CHANNEL AMERICA, LLC d/b/a BBC AMERICA<br><br>Defendant. | Civil Action No. 1:24-cv-05819-AS |

**DECLARATION OF YOSHITAKA ITO IN SUPPORT OF BBC AMERICA'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

I, Yoshitaka Ito, being first duly sworn under oath, state and depose upon personal knowledge as follows:

1. I am a Vice President of Information Platforms at AMC Networks, Inc. Director of Product Services at AMC Networks, Inc. ("AMC"). I have held that role since March 2016. In that capacity, I oversee AMC's engineering and data networks. I have personal knowledge of the facts contained in this declaration and would testify competently thereto if called as a witness to testify in this matter.

2. In my role as Vice President of Information Platforms, I am familiar with functionality of the websites for AMC and all associated AMC properties, including www.bbcamerica.com (the "Website"). I also have personal knowledge of, among other things, BBC America's use of the Meta Pixel on its Website.

3. BBC America is one of AMC's five programming networks that features many series and films and is a hub of innovative, culturally contagious programming.

4. Viewers can only access BBC America's online content through a third-party cable provider or streaming service such as DirectTV, Xfinity, Spectrum, or Philo (collectively "TV Providers") or through a subscription to AMC's own streaming service, AMC+.

5. If a viewer accesses BBC America's online content via a third-party TV Provider they must login with the associated credentials, i.e. username and password for their TV Provider, on the TV Provider's website.

6. After signing in with their TV Provider, the TV Provider then sends an authorization code to BBC America and redirects the viewer to BBC America's Website .

7. The authorization codes are generated by TV Providers, such as Xfinity, Optimum, DirecTV, Philo, and Spectrum. The TV Providers control the data elements that are included in the authorization codes. The authorization codes do not include any data elements that identify the online users that access BBC America content using their TV Providers.

8. BBC America uses authorization codes solely to determine whether a viewer has a right to play content (i.e. whether the BBC America channel is part of a viewer's subscription with its TV Provider).

9. Thus, BBC America does not collect or possess records of the identities of any person that uses a TV provider to access its Website's content.

Under penalty of perjury, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: November 4th, 2024

Yoshitaka Ito



#511190929_v4