UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YI-CHIEH CHENG, *on behalf of himself and all others* :
*similarly situated*, :
: 24-CV-05819 (JAV)
Plaintiff, :
: ORDER
-v- :
:
NEW VIDEO CHANNEL AMERICA, LLC d/b/a :
BBC America, :
:
Defendant. X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for **January 22, 2025**, at **11 AM** is RESCHEDULED for **March 5, 2025**, at **12 PM** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    It is FURTHER ORDERED that oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on **February 5, 2025**, at **12 PM** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 17, 2025
       New York, New York
                                                   JEANNETTE A. VARGAS
                                                   United States District Judge