# HAMMONDLAW

A PROFESSIONAL CORPORATION

| FACSIMILE: 310-295-2385 | 1201 Pacific Ave., Suite 600<br>Tacoma, WA 98402 | TELEPHONE: 310-601-6766 |
|---|---|---|

February 18, 2025

*Via ECF*

Hon. Jeanette Vargas, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

   Re: *Yi-Chieh Cheng v. New Video Channel America, LLC d/b/a/ BBC America*,
     Case No. 1:24-cv-05819

**JOINT REPORT REGARDING FINALIZATION OF SETTLEMENT AGREEMENT**

Dear Judge Vargas:

  Pursuant to the Court's order dated February 3, 2025, the parties hereby report that they have finalized the Settlement Agreement. Plaintiff circulated an executed copy of the agreement on February 12, 2025 and it is with Defendant for final execution. Once the Settlement Agreement is fully executed, Plaintiff will dismiss his individual claims.

Respectfully submitted,

HOLLAND & KNIGHT LLP         HAMMONDLAW, P.C.

Mark S. Melodia              Julian Hammond

*Counsel for Defendant New Video Channel*   *Counsel for Plaintiff Yi-Chieh Cheng*
*America, LLC d/b/a/ BBC America*